FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MYLA KURTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RHHC TRIOS HEALTH, LLC, et al.,<br><br>Defendants. | No. 4:19-cv-05049-MKD<br><br>ORDER ON STIPULATED MOTION TO DISMISS OPT-INS OF COLLECTIVE<br><br>ECF No. 255 |

Before the Court is the parties' Stipulated Motion to Dismiss Opt-Ins Out of Collective, ECF No. 255. Plaintiff seeks to dismiss without prejudice the claims of 52 putative FLSA collective members that have filed Opt-In forms. ECF No. 255. On September 17, 2021, the Hon. Rosanna M. Peterson issued an Order finding that the Court had no personal jurisdiction over the claims of opt-in members that could not demonstrate a connection between the alleged conduct of a defendant and Washington state. ECF No. 112. The instant Stipulated Motion dismisses the claims of Opt-In Plaintiffs that did not work for Defendants in Washington state.

ORDER - 1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. The Stipulated Motion is signed by counsel for all parties.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss Opt-Ins Out of Collective, **ECF No. 255**, is **GRANTED.**

2. The claims of the opt-in plaintiffs listed in the parties' Stipulated Motion, **ECF No. 225 at 3-4**, are **DISMISSED without prejudice** and without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to counsel.

DATED December 18, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2